<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    <u>11</u>

☐ Check if this is an
   amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Magic Car Rental, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1642875** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**18227 Parthenia Street**<br>**Northridge, CA 91325**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Magic Car Rental, Inc.**                                    Case number (*if known*) _____
     Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| District | **Central District of California (San Fernando Valley)** | When | **1/24/25** | Case number | **1:25-bk-10123-VK** |
| District | | When | | Case number | |

| Debtor | **Magic Car Rental, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Magic Car Rental, Inc.**                                              Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor     **Magic Car Rental, Inc.**                                                                      Case number (*if known*)
           Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  9, 2025**
              MM / DD / YYYY

X  **/s/ Simon Simonyan**                                    **Simon Simonyan**
   Signature of authorized representative of debtor           Printed name

Title   **CEO**

**18. Signature of attorney**

X  **/s/ Onyinye N Anyama, Esq.**                    Date  **June  9, 2025**
   Signature of attorney for debtor                        MM / DD / YYYY

   **Onyinye N Anyama, Esq.**
   Printed name

   **Anyama Law Firm, APC**
   Firm name

   **18000 Studebaker Road, Suite 325**
   **Cerritos, CA 90703**
   Number, Street, City, State & ZIP Code

   Contact phone   **562-645-4500**     Email address   **onyi@anyamalaw.com**

   **262152 CA**
   Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **Magic Car Rental, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

---

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 9, 2025**           X /s/ Simon Simonyan
                                         Signature of individual signing on behalf of debtor

                                         **Simon Simonyan**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Magic Car Rental, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of America Business Advantage P.O Box 15796 Wilmington, DE 19885-7960** | | **Magic Car Rental** | | | | **$12,000.00** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Corp-Inc Taxes** | | | | **$4,200.00** |
| **JPMC c/o National Bankruptcy Servic P.O. Box 9013 Addison, TX 75001** | | **Credit Card Purchases** | | | | **$8,062.06** |
| **Premier America Credit Union 19867 Praire Street Chatsworth, CA 91311** | | **2020 Mercedes Benz GLE 350, Color Black, Mechanical Issues, NON-Driveable** | | **$31,335.00** | **$30,483.00** | **$852.00** |

## United States Bankruptcy Court
### Central District of California

In re   **Magic Car Rental, Inc.**

_____

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Simon Simonyan**<br>**18227 Parthenia Street**<br>**Northridge, CA 91325** | **Shareholder** | **100%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 9, 2025**

Signature **/s/ Simon Simonyan**

**Simon Simonyan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Chapter 11 bankruptcy filed on 01/24/2025, Case no. 1:25-bk-10123-VK, Dismissed 06/05/2025**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Cerritos**                              , California.

Date:  **June 9, 2025**

/s/ Simon Simonyan

Simon Simonyan
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name      **Magic Car Rental, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                         12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $        5,467,200.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $           405,542.76

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $        5,872,742.76

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $        5,429,094.39

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $                  0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$             24,262.06

4.  Total liabilities ..................................................................................................................................
    Lines 2 + 3a + 3b                                                                                       $        5,453,356.45

| Fill in this information to identify the case: |
| --- |
| Debtor name **Magic Car Rental, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Debtor In Possession Account ending 9200** | **Checking** | **9200** | $11,635.14 |
| 3.2. | **Wells Fargo Debtor In Possession Account ending 9226** | **Checking** | **9226** | $2,139.46 |
| 3.3. | **Wells Fargo Debtor In Possession Account ending 9291** | **Checking** | **9291** | $16,514.16 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $30,288.76 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

| Debtor | **Magic Car Rental, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desk, couch and other office furnishings** | $500.00 | Liquidation | $500.00 |
| | **Misc. office fixtures** | $1,000.00 | Liquidation | $1,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer, monitors, phone and other office equipment and/or supplies** | $1,000.00 | Liquidation | $1,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $2,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

| Debtor | **Magic Car Rental, Inc.** | Case number *(If known)* |
|--------|---------------------------|--------------------------|
| | Name | |

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2017 NX200 F Sport, Color White)<br>(Mileage 55,003) Clean Title (Driveable)** | **$22,557.00** | **Comparable sale** | **$22,557.00** |
| 47.2.    **2016 Audi A6, Salvage Title (Driveable)<br>White Color (Mileage 98,868)<br>KBB Value is $9,346.00, the Vehicle is<br>salvage and has a lower value** | **$9,346.00** | **Comparable sale** | **$9,346.00** |
| 47.3.    **2017 Infiniti QX50, Color Black, (Mileage<br>69,516) Driveable** | **$12,316.00** | **Comparable sale** | **$12,316.00** |
| 47.4.    **2016 Mercedes- Benz GLA250, Color<br>Red, (Salvage Title)  (Driveable)<br>KBB Value is 8,618.00  the Vehicle is<br>Salvage Title and has a lower value** | **$8,618.00** | **Comparable sale** | **$8,618.00** |
| 47.5.    **2019 Honda Clarity, Color: Black,<br>Salvage Title, (Mileage 82,364)<br>(Driveable)<br>KBB Value is 15,320.000  the Vehicle is<br>Salvage Title and has a lower value** | **$15,320.00** | **Comparable sale** | **$15,320.00** |
| 47.6.    **2016 Ford Explorer, Color White,<br>(Mileage 74,052)  (Driveable)** | **$13,692.00** | **Comparable sale** | **$13,692.00** |
| 47.7.    **2017 Honda Accord, Color White,<br>Mileage 100,021  (Driveable)** | **$13,228.00** | **Comparable sale** | **$13,228.00** |
| 47.8.    **2017 Vokswagon Jetta (Salvage Title,<br>Mileage 79,260, White Color  (Driveable)<br>KBB Value is 7,883..00  the Vehicle is<br>Salvage Title and has a lower value** | **$7,883.00** | **Comparable sale** | **$7,883.00** |
| 47.9.    **2019 Hyndai Elantra, Color Blue, Mileage<br>89,873,  (Driveable)** | **$9,014.00** | **Comparable sale** | **$9,014.00** |

| Debtor | **Magic Car Rental, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.10 · | **2017 BMW 530i, Color Silver, Mileage 37,531, Salvage Title Driveable KBB Value is $17,620  the Vehicle is Salvage Title and has a lower value** | **$17,620.00** | **Comparable sale** | **$17,620.00** |
| 47.11 · | **2023 Kia Forte, Color Gold, Mileage 4,345, Driveable** | **$17,616.00** | **Comparable sale** | **$17,616.00** |
| 47.12 · | **2023 Toyota Camry, Color White, Mileage 155,918, Driveable** | **$14,689.00** | **Comparable sale** | **$14,689.00** |
| 47.13 · | **2015 Mercedes-Benz C300, No Tags, Salvage Title, Mileage 74,561, NON-Driveable KBB Value is 10,037  the Vehicle is Salvage Title and has a lower value** | **$10,037.00** | **Comparable sale** | **$10,037.00** |
| 47.14 · | **2017 Kia Forte, Burgundy, No Tags, Mileage 80,956, NON-Driveable** | **$7,383.00** | **Comparable sale** | **$7,383.00** |
| 47.15 · | **2016 BMW 328I, Color Black, Mileage 65,750, No Tags, Salvage Title, NON Driveable KBB Value is 10,149.00  the Vehicle is Salvage Title and has a lower value** | **$10,149.00** | **Comparable sale** | **$10,149.00** |
| 47.16 · | **2018 Toyota Camry, Color Black, Mechanical Issues, Mileage 104,321 NON Driveable** | **$14,177.00** | **Comparable sale** | **$14,177.00** |
| 47.17 · | **2015 BMW 330, Color White, Mechanical Issues, Mileage 54,189, NON Driveable** | **$9,576.00** | **Comparable sale** | **$9,576.00** |
| 47.18 · | **2016 Honda Civic, Color Gray, No Tags, Salvage Title, NON Driveable KBB Value is 9,3770  the Vehicle is Salvage Title and has a lower value** | **$9,377.00** | **Comparable sale** | **$9,377.00** |
| 47.19 · | **2015 Masserati Ghibli, Color White, Mechanical Issues, Non Driveable Mileage 39,029** | **$14,646.00** | **Comparable sale** | **$14,646.00** |
| 47.20 · | **2003 Dodge Ram Pick Up, Color White, Mileage 203,235, Non Drivebale, Salvage Title KBB Value is 2,613 the Vehicle is Salvage Title and has a lower value** | **$2,613.00** | **Comparable sale** | **$2,613.00** |
| 47.21 · | **2018 Mercedes Benz E300, Color White, No Tags, Non Driveable, Mileage 100,022** | **$18,125.00** | **Comparable sale** | **$18,125.00** |

Schedule A/B Assets - Real and Personal Property

| Debtor | **Magic Car Rental, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.22· | **2011 BMW 740, Color Black, No Tags, Salvage Title, Non Driveable**<br>**KBB Value is11,032.00  the Vehicle is Salvage Title and has a lower value** | **$11,032.00** | Comparable sale | **$11,032.00** |
| 47.23· | **2016 BMW 335i, Color Black, Mechanical Issues, Salvage Title, Mileage 75,348**<br>**KBB Value is 9,896  the Vehicle is Salvage Title and has a lower value** | **$9,896.00** | Comparable sale | **$9,896.00** |
| 47.24· | **2020 Mercedes Benz GLE 350, Color Black, Mechanical Issues, NON-Driveable** | **$30,483.00** | Comparable sale | **$30,483.00** |
| 47.25· | **2019 Hyndai Elantra, Color White, Mechanical Issues, Salvage Title, Non Driveable**<br>**KBB Value is 11,485.00  the Vehicle is Salvage Title and has a lower value** | **$11,485.00** | Comparable sale | **$11,485.00** |
| 47.26· | **2019 Honda Civic, Color Silver, No Tags, Mileage 88,125, Non Driveable** | **$14,547.00** | Comparable sale | **$14,547.00** |
| 47.27· | **2019 Mercedes Benz C300, Color Black, Mechanical Issues, Salvage Title, Non Driveable**<br>**KBB Value is 14, 969  the Vehicle is Salvage Title and has a lower value** | **$14,969.00** | Comparable sale | **$14,969.00** |
| 47.28· | **2017 Kia Optima, Color White, No Tags, Mileage 90,301 Non Driveable** | **$9,538.00** | Comparable sale | **$9,538.00** |
| 47.29· | **2018 Subaru Impreza, Blue Color, No Tags, Mileage 74,322, Non Driveable** | **$12,822.00** | Comparable sale | **$12,822.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.

       | **$372,754.00** |
       |---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Magic Car Rental, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **18227 Parthenia Street & 18227 Acres Street,  Northridge, CA 91325 (Commercial Property)** **Value is based of Zillow search, Debtor is in the process of hiring a Real Estate Appraisal in order to obtain accurate value and will amend accordingly.** | Fee simple | $1,967,200.00 | Comparable sale | $1,967,200.00 |
| 55.2. **19739-19747 Sherman Way, Winnetka, CA 91306 (Commercial Property)** **Value is based on secured creditors recent appraisal** | Fee simple | $3,500,000.00 | Creditor Apprais | $3,500,000.00 |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$5,467,200.00

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor    **Magic Car Rental, Inc.**_____    Case number *(If known)* _____
          Name

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Magic Car Rental, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,288.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $372,754.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $5,467,200.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $405,542.76 | + 91b. $5,467,200.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,872,742.76 |

**Fill in this information to identify the case:**

Debtor name     **Magic Car Rental, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Los Angeles County Treasurer & Tax**<br>Creditor's Name<br><br>**P.O Box 54110 Los Angeles, CA 90054**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2023-2023**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**19739-19747 Sherman Way, Winnetka, CA 91306 (Commercial Property) Value is based on secured creditors recent appraisal**<br><br>**Describe the lien**<br>**Property Taxes**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $297,071.17 | $3,500,000.00 |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. ReadyCap Lending, LLC**<br>**2. Yuri Stein Bell**<br>**3. Los Angeles County Treasurer & Tax** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Los Angeles County Treasurer & Tax**<br>Creditor's Name<br><br><br>**P.O Box 54110 Los Angeles, CA 90054**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**18227 Parthenia Street & 18227 Acres Street, Northridge, CA 91325 (Commercial Property) Value is based of Zillow search, Debtor is in the process of hiring a Real Estate Appraisal in order to obtain accurate value and will amend according**<br><br>**Describe the lien**<br>**Property Taxes**<br>**Is the creditor an insider or related party?**<br>☑ No | $43,487.47 | $1,967,200.00 |

Debtor    **Magic Car Rental, Inc.**                                         Case number (if known) _____
_____
Name

| Creditor's email address, if known | ☐ Yes |
|---|---|

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2022-2024**
**Last 4 digits of account number**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. ReadyCap Lending, LLC**
**2. Ted Goldberg**
**3. Los Angeles County Treasurer & Tax**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Premier America Credit Union** | | $14,731.00 | $14,969.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2019 Mercedes Benz C300, Color Black, Mechanical Issues, Salvage Title, Non Driveable**
**KBB Value is 14, 969  the Vehicle is Salvage Title and has a lower value**

**19867 Praire Street**
**Chatsworth, CA 91311**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Premier America Credit Union** | | $31,335.00 | $30,483.00 |
|---|---|---|---|---|

Creditor's Name

**19867 Praire Street**
**Chatsworth, CA 91311**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Mercedes Benz GLE 350, Color Black, Mechanical Issues, NON-Driveable**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Magic Car Rental, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **ReadyCap Lending, LLC** | | $1,273,484.94 | $1,967,200.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**18227 Parthenia Street & 18227 Acres Street,**
**Northridge, CA 91325 (Commercial Property)**
**Value is based of Zillow search, Debtor is in**
**the process of hiring a Real Estate Appraisal**
**in order to obtain accurate value and will**
**amend according**

**200 Connell Drive, Ste 4000**
**Berkeley Heights, NJ 07922**
Creditor's mailing address

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6102**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an**
**interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

---

| 2.6 | **ReadyCap Lending, LLC** | | $2,569,937.97 | $3,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**19739-19747 Sherman Way, Winnetka, CA**
**91306 (Commercial Property)**
**Value is based on secured creditors recent**
**appraisal**

**200 Connell Drive, Ste 4000**
**Berkeley Heights, NJ 07922**
Creditor's mailing address

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6102**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an**
**interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.7 | **Ted Goldberg** | | $600,000.00 | $1,967,200.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

| Debtor | Magic Car Rental, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Creditor's Name | 18227 Parthenia Street & 18227 Acres Street, Northridge, CA 91325 (Commercial Property) Value is based of Zillow search, Debtor is in the process of hiring a Real Estate Appraisal in order to obtain accurate value and will amend according | |
| **6254 Matija Ave Van Nuys, CA 91401** | | |
| Creditor's mailing address | Describe the lien | |
| | **Second Mortgage** | |
| | Is the creditor an insider or related party? | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | |
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| **Specified on line 2.2** | ☐ Disputed | |

| 2.8 | Yuri Stein Bell | Describe debtor's property that is subject to a lien | $599,046.84 | $3,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 19739-19747 Sherman Way, Winnetka, CA 91306 (Commercial Property) Value is based on secured creditors recent appraisal | | |
| | **9100 Wilshire Blvd., Ste. 725 Beverly Hills, CA 90212** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Second Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number 2015** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ■ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$5,429,094.39**

<hr/>

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Magic Car Rental, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Perpetual Investments, LLC**<br>**c/o Law Office of Donald W. Reid**<br>**P.O Box 2227**<br>**Fallbrook, CA 92088** | Line __2.8__ | |
| **Ready Corp**<br>**P.O. Box 277280**<br>**Atlanta, GA 30384** | Line __2.6__ | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Magic Car Rental, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Bank of America**<br>**Business Advantage**<br>**P.O Box 15796**<br>**Wilmington, DE 19885-7960**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Magic Car Rental__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,000.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>**Date(s) debt was incurred** _2023-2024_<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Corp-Inc Taxes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,200.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**JPMC c/o National Bankruptcy Servic**<br>**P.O. Box 9013**<br>**Addison, TX 75001**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _9165_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Credit Card Purchases__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,062.06** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**State of California**<br>**Franchise Tax Board**<br>**Attention: Bankruptcy**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Magic Car Rental__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

### Part 3:    List Others to Be Notified About Unsecured Claims

| Debtor | **Magic Car Rental, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 24,262.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 24,262.06 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name   **Magic Car Rental, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **One year lease as of 12/01/2024, Monthly Rent $ 1,300.00** |
| State the term remaining | **11 month** |
| List the contract number of any government contract | **Blue Dream Finance<br>19741 Sherman Way<br>Winnetka, CA 91306** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Original Contract as of September 1, 2021 for one year thereafter Month to Month, Monthly Rent $1,000.00** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | **Buyright Auto<br>19741 Sherman Way #01<br>Winnetka, CA 91306** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial LEase Agreement, Monthly Rent $650.00** |
| State the term remaining | **One Year** |
| List the contract number of any government contract | **Carmen Cruz<br>19743 Sherman Way<br>Winnetka, CA 91306** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Month to Month  Rental Agreement, Monthly Rent $3,000.00** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | **Danny Wong<br>19739 Sherman Way<br>Winnetka, CA 91306** |

Debtor 1  **Magic Car Rental, Inc.**                                          Case number *(if known)* _____
　　　　First Name　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease Agreement, Monthly Rent $750.00** | |
| State the term remaining — **10 months** | **DVOMAT Car**<br>**19743 Sherman Way**<br>**Winnetka, CA 91306** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **6 month lease converted to Month to month, Monthly Rent $1,000.00** | |
| State the term remaining — **Mont to Month** | **Easy Drive Auto LLC**<br>**19741 Sherman Way Unit 2**<br>**Winnetka, CA 91306** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease Agreement, 5 Year Lease from 01/01/2024-0101/2029, Monthly Rent $4,500.00** | |
| State the term remaining — **01/01/2029** | **Hakob Shushanyan**<br>**18228 Acre Street**<br>**Northridge, CA 91325** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Month to Month Lease Agreement, Monthly Rent $500** | |
| State the term remaining — **Month to Month** | **Lori Ollard**<br>**19739 Sherman Way**<br>**Winnetka, CA 91306** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Month to Month Parking Lot Space Agreement, Monthly Rent $2,500.00** | |
| State the term remaining — **Month to Month** | **Parling Lot Rental**<br>**Carlos Quevedo**<br>**19600 Hart Street**<br>**Reseda, CA 91335** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Magic Car Rental, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Pete's Auto Inc** | **7500 Santa Monica Blvd**<br>**Los Angeles, CA 90046**<br>**The property located at 7500 Santa Monica Blvd., Los Angeles, CA 90046 was used as cross collateral for the 19739-19747 Sherman Way, Winnetka, CA 91306** | **ReadyCap Lending, LLC** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Magic Car Rental, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$119,293.02** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$657,000.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$737,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Rental Income** | **$80,624.00** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Magic Car Rental, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

■ None.

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Magic Car Rental, Inc.** | Case number *(if known)* |
|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Anyama Law Firm, APC<br>18000 Studebaker Rd.<br>Suite 325<br>Cerritos, CA 90703** | **Attorney  $10,000.00** | **06/06/2025** | **$10,000.00** |
| | **Email or website address<br>info@anyamalaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **U.S. Bankruptcy Court<br>Central District of California<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367** | **Chapter 11 Filing Fee** | **06/09/2025** | **$1,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Magic Car Rental, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with<br>access to it<br>Address | Description of the contents | Does debtor<br>still have it? |
|---|---|---|---|

---

| Debtor | Magic Car Rental, Inc. | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page **5**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Magic Car Rental, Inc.**                                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Simon Simonyan** | **18227 Parthenia Street Northridge, CA 91325** | **CEO, CFO, Secretary** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor   **Magic Car Rental, Inc.**                                        Case number *(if known)* _____

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                               **Employer Identification number of the pension fund**

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 9, 2025**

**/s/ Simon Simonyan**                          **Simon Simonyan**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re   **Magic Car Rental, Inc.** _____    Case No. _____

                                                    Debtor(s)                Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____    $    **Payment Pursuant to Application for Fees and Court Approval**

Prior to the filing of this statement I have received _____    $    **10,000.00**

Balance Due _____    $    **To be determined by Court through an Application and Approval of Court**

2.   The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  9, 2025** _____    **/s/ Onyinye N Anyama, Esq.** _____
*Date*                                          **Onyinye N Anyama, Esq.**
                                               *Signature of Attorney*
                                               **Anyama Law Firm, APC**
                                               **18000 Studebaker Road, Suite 325**
                                               **Cerritos, CA 90703**
                                               **562-645-4500  Fax: 562-645-4494**
                                               **onyi@anyamalaw.com**
                                               *Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Onyinye N Anyama, Esq.**
**18000 Studebaker Road, Suite 325**
**Cerritos, CA 90703**
**562-645-4500 Fax: 562-645-4494**
California State Bar Number: **262152 CA**
**onyi@anyamalaw.com**

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Magic Car Rental, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **June  9, 2025**

**/s/ Simon Simonyan**
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **June  9, 2025**

**/s/ Onyinye N Anyama, Esq.**
Signature of Attorney for Debtor (if applicable)

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Magic Car Rental, Inc.
18227 Parthenia Street
Northridge, CA 91325


Onyinye N Anyama, Esq.
Anyama Law Firm, APC
18000 Studebaker Road, Suite 325
Cerritos, CA 90703


Bank of America
Business Advantage
P.O Box 15796
Wilmington, DE 19885-7960


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JPMC c/o National Bankruptcy Servic
P.O. Box 9013
Addison, TX 75001


Los Angeles County Treasurer & Tax
P.O Box 54110
Los Angeles, CA 90054


Perpetual Investments, LLC
c/o Law Office of Donald W. Reid
P.O Box 2227
Fallbrook, CA 92088


Premier America Credit Union
19867 Praire Street
Chatsworth, CA 91311

```
Ready Corp
P.O. Box 277280
Atlanta, GA 30384


ReadyCap Lending, LLC
200 Connell Drive, Ste 4000
Berkeley Heights, NJ 07922


State of California
Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812


Ted Goldberg
6254 Matija Ave
Van Nuys, CA 91401


Yuri Stein Bell
9100 Wilshire Blvd., Ste. 725
Beverly Hills, CA 90212
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Onyinye N Anyama, Esq.**<br>**18000 Studebaker Road, Suite 325**<br>**Cerritos, CA 90703**<br>**562-645-4500 Fax: 562-645-4494**<br>California State Bar Number: **262152 CA**<br>onyi@anyamalaw.com | |
| ■ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Magic Car Rental, Inc.**<br><br><br>                                              Debtor(s),<br><br>                                              Plaintiff(s),<br><br><br><br><br><br><br>                                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Onyinye N Anyama, Esq.**                                    , the undersigned in the above-captioned case, hereby declare
<span style="text-align:center">*(Print Name of Attorney or Declarant)*</span>
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

　　　*[For additional names, attach an addendum to this form.]*

 b.　■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **June  9, 2025** | By:　**/s/ Onyinye N Anyama, Esq.** |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:　**Onyinye N Anyama, Esq.** |
| | Printed name of Debtor, or attorney for Debtor |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012　　　　　　　　　　　　　　　　　　　　　　　**F 1007-4.CORP.OWNERSHIP.STMT**